# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter  13 |
| | : | |
| Iris I Rivera | : | |
| Debtor | : | Bankruptcy No. 22-13349pmm |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated December 16, 2022, this case is hereby DISMISSED.

**Date: January 3, 2023**

_____
Patricia M. Mayer
United States Bankruptcy Judge

Missing Documents:

Atty. Disclosure Statement
Chapter 13 Plan
Ch. 13 Statement of your current monthly income 122C-1
Means Test Calculation form 122C-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets & Liabilities form B106